# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 81 WAL 2015
                    Respondent :
                                :
                                : Petition for Allowance of Appeal from the
         v.                     : Order of the Superior Court
                                :
                                :
STANLEY FOSTER BOWERSOX,        :
                                :
                    Petitioner  :
                                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.